968 F.2d 14
 Ozmina (John, Mary Ann)
v.
GAF Corporation, Celotex Corporation, Keene Bldg. Products
Corp., Eagle Picher Industries, Inc., Owens-Corning
Fiberglas Corp., Empire-Ace Insulation Manufacturing Corp.,
Sears Roebuck & Co.; Eagle Picher Ind., Inc. v. GAF Corp.;
Celotex Corp. v. GAF Corp.; Empire-Ace Insulation Mfg. Corp.
v. GAF Corp.; Sears Roebuck & Co. v. GAF Corp.; Manville
Corp. Asbestos Disease Compensation Fund v. Celotex Corp.
 NO. 91-5344
 United States Court of Appeals,
Third Circuit.
 May 19, 1992
 
 Appeal From: M.D.Pa.,
 Conabay, J.
 
 
 1
 AFFIRMED IN PART.